# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:           CR05-00206JMS

CASE NAME:             USA v. (01) Audwin Aiwohi
                              (02) Eric Castro
                              (03) Kale Ornellas
                              (04) Shawn Aguiar, aka "Rivers"
                              (05) Randolph Aiwohi, aka "Randy"

ATTYS FOR PLA:         Chris Thomas

ATTYS FOR DEFT:        (01) Reginald Minn
                              (02) Donna Gray
                              (03) Reginald Minn for Richard Hoke
                              (04) Brook Hart
                              (05) David Klein

INTERPRETER:

JUDGE:     Kevin S. C. Chang          REPORTER:     FTR C5

DATE:      2/13/2006                  TIME:         10:06:27-10:18:08am

COURT ACTION:   EP: Final Pretrial Conference - presence waived as to defendants 02, 04 and 05.

Government informs the court that it intends to file a superseding indictment.

Defendant 02 states his intent to proceed with trial.

There being no opposition by counsel, the government's oral motion to continue trial is hereby granted.

New trial date given

Jury Selection/Trial:   6/27/06, 9:00am, Judge Seabright
Final Pretrial Conference: 5/30/06, 10:00am, Judge Chang
Motions due: 5/17/06

Response due: 5/31/06


The court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The court orders that the period from 3/14/06 to and including 6/27/06 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Government to prepare the order

Submitted by: Shari Afuso, Courtroom Manager