# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00206JMS

CASE NAME:        United States of America Vs. (01) Audwin Aiwohi

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   Reginald P. Minn

INTERPRETER:

---

JUDGE:    J. Michael Seabright        REPORTER:    Sharon Ross

DATE:     2/24/2006                   TIME:        1:55pm-2:35pm

---

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to the Defendant (01) Audwin Aiwohi-Defendant present in Custody.

Defendant Sworn In.

Court questions the Defendant.

Memorandum of Plea Agreement signed and filed.

Defendant enters a Plea of Guilty as to Count 1 of the Indictment.

Court accepts the Guilty Plea and Adjudges the Defendant Guilty as to Count 1 of the Indictment.

Court defers the acceptance of the Plea Agreement until the time of sentencing.

Defendant referred to the Probation Office for the preparation of the presentence report.

Sentence set for 1/8/2007 @1:30 p.m. before Judge Seabright.

Detention Order to remain unchanged.


Submitted by Leslie L. Sai, Courtroom Manager