REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone: (808) 526-9343
Facsimile: (808) 599-1645
Email: rpminn@gmail.com

Attorney for Defendant
AUDWIN AIWOHI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00094 JMS |
| --- | --- | --- |
| | ) | CR. NO. 05-00206-01 JMS |
| v. | ) | |
| | ) | DEFENDANT AUDWIN AIWOHI'S |
| AUDWIN AIWOHI, | ) | MOTION TO RECONSIDER |
| | ) | DETENTION ORDER; |
| Defendant. | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |

DEFENDANT AUDWIN AIWOHI'S
MOTION TO RECONSIDER DETENTION ORDER

COMES NOW Defendant AUDWIN AIWOHI, by and through his attorney, REGINALD P. MINN, and moves this Court to reconsider the detention order in this case, and to release Defendant on appropriate conditions, including supervision by his wife, Danette Aiwohi.

This motion is based on the records and files of this case, the attached Declaration of Counsel, and such evidence as is presented at the hearing on this motion.

2

DATED:   Honolulu, Hawaii, July 19, 2006.

                                             <u>/s/ Reginald P. Minn</u>
                                             REGINALD P. MINN
                                             Attorney for Defendant
                                             AUDWIN AIWOHI