<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Chris A. Thomas  chris.thomas@usdoj.gov July 19, 2006

DATED:  Honolulu, Hawaii, July 19, 2006.

/s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
AUDWIN AIWOHI