# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00206JMS

CASE NAME: United States of America Vs. (01) Audwin Aiwohi

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (01) Reginald Minn

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | C7-FTR-2:33:03 |
| DATE: | 7/24/2006 | TIME: | 2:33pm-2:40pm |

COURT ACTION: EP: Defendant (01) Audwin Aiwohi's Motion to Reconsider Detention Order-Defendant (01) Audwin Aiwohi present in Custody.

Oral Argument Held.  This Motion is hereby Denied.

Submitted by Leslie L. Sai, Courtroom Manager