REGINALD P. MINN

ATTORNEY AT LAW

DAVIES PACIFIC CENTER

841 BISHOP STREET, SUITE 2116

HONOLULU, HAWAII 96813

TELEPHONE (808) 526-9343

FAX (808) 599-1645

September 15, 2006

Honorable J. Michael Seabright
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RE:    USA v. Audwin Aiwohi, Cr. No. 05-00206-01 JMS

Dear Judge Seabright:

I will be unable to meet the September 15, 2006 deadline for filing objections to the proposed presentence report for my client, Audwin Aiwohi. The proposed report contains a lengthy description of "offense conduct" to which we may have numerous objections. I anticipate that I will be in a position to file all objections on or before September 25, 2006.

I am forwarding a copy of this letter to Malia Eversole of the United States Probation Office and I will arrange for the continuance of the sentencing date in this case if Ms. Eversole indicates that such an extension is required.

Sincerely,

Reginald P. Minn

cc:    Malia Eversole
       Chris Thomas