# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00206JMS-01 |
| CASE NAME: | United States of America vs. Audwin Aiwohi |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Reginald P. Minn |
| U. S. P. O: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | January 11, 2007 | TIME: | 10:00 - 10:30 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel Reginald Minn.

Defendants Oral Motion to Continue Sentencing GRANTED.

Sentencing continued to February 16, 2007 at 10:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager

Case 1:05-cr-00206-JMS    Document 182    Filed 01/11/2007    Page 2 of 2