EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI (2286)
Chief, Narcotics Section

CHRIS A. THOMAS (3514)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00094 JMS |
| | ) | CR. NO. 05-00206-01 JMS |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| vs. | ) | FORFEITURE |
| | ) | |
| AUDWIN AIWOHI, | ) | |
| | ) | |
| Defendant. | ) | |

PRELIMINARY ORDER OF FORFEITURE

1.   As a result of the guilty plea on Count 1 of the Information filed in Cr. No. 06-00094 JMS, for which the government sought forfeiture pursuant to 18 U.S.C. § 982(a)(1), Defendant Audwin Aiwohi shall forfeit to the United States all property, real or personal, involved in such offense, or any property traceable to such property.

   2. Based upon his plea agreement, Defendant admitted that the following properties were subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), as properties, real or personal, involved in Count 1 of the Information, or as property traceable to such property:

  (a) All of the certain parcel of land located at 16-2095 41st Street, Keaau, Hawaii.  The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key number 3-1-6-074-069-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (b) All of the certain parcel of land located at 15-1855 19th Avenue, Keaau, Hawaii.  The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key number 3-1-5-023-174-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (c) All of the certain parcel of land located at 18-1248 Orchid Place, Keaau, Hawaii.  The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key number 3-1-8-064-051-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (d) All of the certain parcel of land located at 16-2077 45th Street, Keaau, Hawaii.  The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key n umber 3-1-6-070-039-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (e) One White 2002 Toyota Tacoma bearing Hawaii License Plate Number 781TPY and Vehicle Identification Number 5TEHN72N52Z137606, registered in the name of Danette Aiwohi;

  (f) One 1990 International Stakebed bearing Hawaii License Plate Number 718HDD and Vehicle Identification Number 1HTSAZRM1LH694450, registered in the name of Lonesome Pine Ranch, Inc.; and

  (g) One Blue 2004 Big Dog Custom Motorcycle bearing Hawaii License Plate NUMBER 476XGN and Vehicle

>     Identification Number 5J11GBJ114W000093,
>     registered in the name of Danette Aiwohi.

3.  As a result of the guilty plea on Count 1 of the Indictment filed in Cr. No. 05-00206-01 JMS, for which the government sought forfeiture pursuant to 21 U.S.C. § 853(a)(1), Defendant Audwin Aiwohi shall forfeit to the United States all property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as a result of such violation.

4.  Based upon his plea agreement, Defendant admitted that the following property was subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1), as property constituting, or derived from, any proceeds defendant obtained directly or indirectly, as a result of the offense charged in Count 1 of the Indictment:

>     $192,523[1] in United States currency seized on
>     May 12, 2005, from Defendant Audwin Aiwohi's
>     residence

(hereinafter referred to as the "Seized Currency").

5.  The United States Drug Enforcement Administration ("DEA") administratively forfeited the following assets on June 20, 2006, in related administrative forfeiture proceedings:

>     (a)  The White 2002 Toyota Tacoma bearing Hawaii
>          License Plate Number 781TPY and Vehicle
>          Identification Number 5TEHN72N52Z137606,

---

[1] The Indictment erroneously listed the amount of currency seized from Defendant's residence on May 12, 2005, as $192,523.00. The amount of currency that was actually seized was $191,573.00. Unfortunately, this inadvertent error was not promptly corrected and was repeated in the plea agreement.

     registered in the name of Danette Aiwohi (DEA Asset I.D. No. 05-DEA-452597);

  (b) One 1990 International Stakebed bearing Hawaii License Plate Number 718HDD and Vehicle Identification Number 1HTSAZRM1LH694450, registered in the name of Lonesome Pine Ranch, Inc. (DEA Asset I.D. No. 05-DEA-452627); and

  (c) One Blue 2004 Big Dog Custom Motorcycle bearing Hawaii License Plate NUMBER 476XGN and Vehicle Identification Number 5J11GBJ114W000093, registered in the name of Danette Aiwohi (DEA Asset I.D. No. 05-DEA-452624)

(collectively referred to as the "Forfeited Vehicles"). Accordingly, the parties understand and agree that there is no need to forfeit the Forfeited Vehicles in this proceeding.

  6. The United States Customs and Border Protection ("CBP") administratively forfeited the $191,573.00 (the Seized Currency) on September 22, 2005, in a related administrative forfeiture proceedings (CBP Case No. 2005320200004401). Accordingly, the parties understand and agree that there is no need to forfeit the Seized Currency in this proceeding.

  7. In his plea agreement and the Forfeiture Agreement attached thereto, Defendant agreed to surrender and forfeit to the United States $700,000.00 in United States currency (hereinafter referred to as the "Settlement Payment") in lieu of the following four parcels of real property described in Paragraph 2, above:

  (a) All of the certain parcel of land located at 16-2095 41st Street, Keaau, Hawaii. The parcel is further identified as the parcel corresponding to

        the Hawaii Tax Map Key number 3-1-6-074-069-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (b)  All of the certain parcel of land located at 15-1855 19th Avenue, Keaau, Hawaii. The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key number 3-1-5-023-174-0000, titled in the name of Lonesome Pine Ranch, Inc.;

  (c)  All of the certain parcel of land located at 18-1248 Orchid Place, Keaau, Hawaii. The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key number 3-1-8-064-051-0000, titled in the name of Lonesome Pine Ranch, Inc.; and

  (d)  All of the certain parcel of land located at 16-2077 45th Street, Keaau, Hawaii. The parcel is further identified as the parcel corresponding to the Hawaii Tax Map Key n umber 3-1-6-070-039-0000, titled in the name of Lonesome Pine Ranch, Inc.

(hereinafter collectively referred to as the "Real Properties"). Defendant further agreed that the Settlement Payment would be forfeited to the United States in lieu of the Real Properties and would be treated in the same manner as the proceeds of the sale of a forfeited item, as provided by 19 U.S.C. § 1613(c).

        8.  The Court has determined, based upon Defendant's plea agreement and the Forfeiture Agreement attached thereto, that the following property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and that the government has established the requisite nexus between such property and the offense charged in Count 1 of the Information:

        Each of the Real Properties described in Paragraph 7, above, and consequently, the $700,000.00 Settlement Payment which Defendant has agreed to forfeit in lieu of

>     the Real Properties, as provided by 19 U.S.C.
>     § 1913(c) and the Forfeiture Agreement.

    9.   As all of the Forfeited Vehicles and the Seized Currency already have been administratively forfeited, and the Real Properties shall not be forfeited since Defendant is forfeiting $700,000.00 (the Settlement Payment) in lieu of the Real Properties, the parties agree that this Preliminary Order of Forfeiture only forfeits the $700,000.00 Settlement Payment owed by Defendant and does not affect any third-party interests. Accordingly, the parties agree that under Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required to the extent that this forfeiture consists only of the Settlement Payment, and consequently, the United States is not required to publish this Preliminary Order of Forfeiture.

    10.   Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of Defendant's sentence and included in the judgment entered against Defendant.

    11.   The $700,000.00 (the Settlement Payment) shall be forfeited to the United States in lieu of the forfeiture of the Real Properties and shall be treated in the same manner as the proceeds from the sale of a forfeited item as provided by 19 U.S.C. § 1613(c). The United States Customs and Border Protection and the Internal Revenue Service are authorized to

dispose of the $700,000.00 (the Settlement Payment) in accordance with law and the terms of the plea agreement and the Forfeiture Agreement attached thereto.

    12.   The Court shall retain jurisdiction to this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 15, 2007.



_____
J. Michael Seabright
United States District Judge


Presented by:

/s/ Chris A. Thomas                    /s/ Reginald P. Minn
_____        _____
CHRIS A. THOMAS                        REGINALD P. MINN, ESQ.
Assistant U. S. Attorney               Attorney for Defendant
                                       AUDWIN AIWOHI


<u>USA v. AUDWIN AIWOHI</u>; Cr. No. 06-00094 JMS and Cr. No. 05-00206-01 JMS; "Preliminary Order of Forfeiture"

7